# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

156757

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ROLANDO LANDRY FARRIS,
          Defendant-Appellant.

SC: 156757
COA: 339609
Monroe CC: 16-243120-FH

_____/

      By order of April 26, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the September 15, 2017 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



p1114

Clerk